**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CAPITAL MARKETS ALLIANCE ASSOCIATION,<br><br>*Plaintiff*,<br>v.<br><br>COMMODITY FUTURES TRADING COMMISSION,<br><br>MICHAEL S. SELIG, *in his official capacity as Chairman of the Commodity Futures Trading Commission*,<br><br>*Defendants*. | Civil Action No. 1:26-cv-9608 |

## [PROPOSED] ORDER TO SHOW CAUSE FOR *EX PARTE* TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND STAY

Upon the declaration of Matthew T. Murphy, dated November 3, 2026; the declaration of Adam Ford, dated November 3, 2026; the declaration of Robert Hocking, dated November 3, 2026; the declaration of Stephen Berger, dated November 3, 2026; the declaration of Tyler Gellasch, dated November 3, 2026; the accompanying memorandum of law; and the complaint in this action; it is hereby:

**ORDERED**, that the above-captioned Defendants show cause before this Court, at Room _________, United States Courthouse, 500 Pearl Street, in the City, County, and State of New York, on _________, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure and 5 U.S.C. § 705 as follows:

1. Staying the Commodity Futures Trading Commission's November 3, 2026 approvals of the applications filed by KalshiEX LLC, Bitnomial Exchange LLC, and Coinbase Derivatives LLC to trade perpetual derivatives on single stocks (together, the Stock Perpetual Approvals); and

2. Preliminarily enjoining Defendants from taking any action to give effect to the Stock Perpetual Approvals during the pendency of this action.

**IT IS FURTHER ORDERED** that, based upon Plaintiff Capital Markets Alliance Association's showings that (1) the Stock Perpetual Approvals likely violate the Administrative Procedure Act; (2) as a result of the Stock Perpetual Approvals, trading in single-stock perpetuals could begin at any moment and cannot easily be undone; (3) trading in single-stock perpetuals will inflict imminent irreparable harm on Plaintiff's members; and (4) the balance of the equities and the public interest favor the issuance of immediate relief to preserve the status quo, the Court deems it necessary to order without notice to Defendants that, pending the hearing of Plaintiff's application for a preliminary injunction and stay, the Stock Perpetual Approvals are hereby **STAYED**, and Defendants are **TEMPORARILY RESTRAINED AND ENJOINED** from taking any further action to give effect to the Stock Perpetual Approvals or allow trading in the single-stock perpetuals to begin.

**IT IS FURTHER ORDERED** that Plaintiff is not required to post security; and

**IT IS FURTHER ORDERED**, that service by email of a copy of this order and the above-described materials on which it was granted on counsel for Defendants on or before ____, 2026, at ___ am/pm shall be deemed good and sufficient service thereof.

SO ORDERED

By the Court:

Dated: ____ November 2026
New York, New York

_________________________
United States District Judge