**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CAPITAL MARKETS ALLIANCE ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMODITY FUTURES TRADING COMMISSION,<br><br>MICHAEL S. SELIG, *in his official capacity as Chairman of the Commodity Futures Trading Commission*,<br><br>*Defendants*. | Civil Action No. 1:26-cv-9608 |

## LOCAL CIVIL RULE 6.1(d) DECLARATION OF MATTHEW T. MURPHY

I, Matthew T. Murphy, pursuant to 28 U.S.C. § 1746 declare as follows:

1. I am a member of the bar of the State of New York and a member of the bar of this Court. I make this declaration pursuant to Local Civil Rule 6.1(d) to show that good and sufficient reasons exist for bringing this matter before this Court by an emergency motion and proposed order to show cause rather than notice of motion.

2. No previous application for similar relief has been made.

3. I am counsel for Plaintiff Capital Markets Alliance Association (Alliance). I submit this Declaration in support of the Alliance's Emergency Motion and Proposed Order to Show Cause For *Ex Parte* Temporary Restraining Order, Preliminary Injunction, and Stay in the above-captioned action.

4. The Alliance's application is brought by order to show cause rather than by notice of motion because swift action is necessary to prevent the Alliance's members from suffering irreparable harm.

5. As more fully set forth in the Alliance's memorandum of law in support of its motion and the declarations of Adam Ford, Robert Hocking, Stephen Berger, and Tyler Gellasch, the Alliance's members face immediate and irreparable injury due to the Commodity Futures Trading Commission's (CFTC) November 3, 2026 approval of applications filed by KalshiEX LLC, Bitnomial Exchange LLC, and Coinbase Derivatives LLC to trade perpetual derivatives on single stocks. *See* Compl., Ex. 1 (Statement of Chairman Selig). As a result of the approvals, trading in single-stock perpetuals could begin at any time and cannot easily be undone if the Court ultimately finds that these approvals violate the Administrative Procedure Act. Because trading in single-stock perpetuals will inflict imminent irreparable harm on the Alliance's members, issuance of immediate relief is necessary to preserve the status quo.

6. This emergency application is made on notice. Shortly before filing, counsel for the Alliance advised the CFTC general counsel and the Chief of the Civil Division for the United States Attorney's Office for the Southern District of New York by email that we would be filing the instant complaint and emergency application and that we would email a copy of the complaint, emergency application, and supporting papers when filed.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on November 3, 2026, at New York, New York.

/s/ *Matthew T. Murphy*
Matthew T. Murphy