**UNITED STATES**
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581

November 6, 2026

Hon. Lorna Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Capital Markets Alliance Association v. CFTC*, No. 1:26-cv-09608-LGS
Opposition to Letter Motion to Supplement the Record (Dkt. No. 17)

Dear Judge Schofield:

Defendants the Commodity Futures Trading Commission and Michael S. Selig respectfully oppose Plaintiff Capital Markets Alliance Association's ("CMAA's") letter motion to supplement the record of its Motion for Temporary Restraining Order, Preliminary Injunction, and 5 U.S.C. § 705 Stay (Dkt. 4) with two lengthy declarations and accompanying exhibits (Dkt. 17-19). Plaintiff served these materials on Defendants by email today at 12:39 a.m., less than 24 hours before their court-ordered opposition deadline. These last-minute declarations substantially prejudice Defendants' opposition, as they essentially amount to 19 extra pages of legal argument that Defendants must respond to imminently and within a circumscribed word limit.

Furthermore, as CMAA acknowledges, it has exceeded this Court's limit of five declarations per party. *See* Individual Rules & Procedures for Civil Cases § III.B.3. CMAA filed the maximum five declarations with its TRO motion. Dkt. Nos. 4-2, 4-4, 4-7, 4-8, 4-10. After a TRO hearing before Judge Caproni, CMAA filed another supplemental declaration and more exhibits. Dkt. 10. Now it has filed two more declarations with exhibits—from declarants who have *already filed* lengthy declarations on the same issues. Dkt. Nos. 18, 19. All this, before Plaintiff has even served Defendants as required under Fed. R. Civ. P. 4(i)(2)-(3).

Plaintiff made a choice to seek an *ex parte* TRO supported by the maximum number of declarations before trading in single-stock perpetual futures commenced. That it now regrets its gun-jumping and seeks to introduce new evidence is no excuse to bend the Court's rules, especially given the extraordinary time pressures Defendants face in responding.

Respectfully submitted,

By: */s/ Henry J. Dickman*
Henry J. Dickman
Senior Assistant General Counsel

Cc: Counsel of Record (via CM/ECF)
Word Count: 258