**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

CAPITAL MARKETS ALLIANCE ASSOCIATION,

Plaintiff,

v.

COMMODITY FUTURES TRADING COMMISSION, MICHAEL S. SELIG, *in his official capacity as Chairman of the Commodity Futures Trading Commission*,

Defendants.

Case No. 1:26-cv-9608-LGS

DECLARATION OF HENRY DICKMAN

I, Henry J. Dickman, pursuant to 28 U.S.C. § 1746 declare as follows:

1. I am counsel for Defendants the Commodity Futures Trading Commission ("CFTC") and Chairman Michael S. Selig.

2. Attached as Exhibit A is a true and correct copy of a letter dated May 21, 2025 filed by Cboe Global Markets, Inc. in response to a CFTC request for comments regarding the trading and clearing of "perpetual" style derivatives.

3. Attached as Exhibit B is a true and correct copy of a fact sheet published by Cboe regarding Cboe Bitcoin ("PBT") and Ether ("PET") Continuous Futures. As of the date of this declaration, the fact sheet can be downloaded at https://cdn.cboe.com/resources/membership/Cboe_Continuous_Futures_Tear_Sheet.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 6, 2026, at Washington, D.C.

*/s/ Henry J. Dickman*

Henry J. Dickman