DMITRY SHKIPIN (*pro se*)
support@homeopenly.com
325 Sharon Park Dr. #416
Menlo Park, CA 94025
Telephone: 650.281.6962

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Capital Markets Alliance Association<br><br>Plaintiff,<br><br>v.<br><br>Commodity Futures Trading Commission<br><br>Defendant. | Case No.: 1:26-cv-09608<br><br>**STATEMENT IN SUPPORT OF THE UNITED STATES**<br><br>Judge: Hon. Valerie E. Caproni |

## STATEMENT

Your Honor, according to Plaintiffs' Compliant (ECF 1), "A perpetual derivative can be created on almost any asset, such as bitcoin, oil, gold, or stocks." This statement is false with regards to illegal things, such as $BITCOIN. Please allow me to explain.

In the United States, Advisory FIN-2019-G001, Application of FinCEN's Regulations to Certain Business Models Involving Convertible Virtual Currencies, issued on May 9, 2019 (the "Advisory") provides for a legal AML framework for "how FinCEN regulations relating to money services businesses (MSBs) apply to certain business models involving money transmission denominated in value that substitutes for currency, specifically, convertible virtual currencies (CVCs)" (Source: https://www.fincen.gov/resources/statutes-regulations/guidance/application-fincens-regulations-certain-business-models )

$BITCOIN as well other digital substitutes for currency are denominated by money transmitter MSBs (e.g., Coinbase (NASDAQ: COIN); FTX (West Realm Shires Services, Inc.); Gemini (Gemini Trust Company, LLC); Crypto.com Exchange (Foris DAX, Inc.); Binance (BAM Trading Services Inc.); Kraken Digital Asset Exchange (Payward, Inc.); Cash App (Cash App Investing LLC); etc.) and sold to the general public as digital tokens.

The Advisory defines "accepting and transmitting currency, funds, or value that substitutes for currency," where "[t]he term "other value that substitutes for currency" encompasses situations in which the transmission does not involve currency, or funds, but instead involves something that the parties to a transaction recognize has value that is equivalent to or can substitute for currency."

However, (aside from the Congress-authorized payment stablecoins that will be sold under the GENIUS Act federal framework and its implementing regulations that will take effect on January 18, 2027) all alternative currencies are inherently unlawful in the United States. The

Constitution and Supreme Court precedent do not recognize any other value equivalent to, or able to substitute for, currency, even if someone else does. United States Congress holds the exclusive power to declare what is money.

Article I, Section 8, Clause 5 of the United States Constitution delegates to Congress the power to coin money and to regulate the value thereof. This power was delegated to Congress to establish and preserve a uniform standard of value and to insure a singular monetary system for all purchases and debts in the United States, public and private. Along with the power to coin money, the United States Congress has the concurrent power to restrain the circulation of money which is not issued under its authority to protect and preserve the constitutional currency for the benefit of all citizens of the nation. (Source: https://constitution.congress.gov/browse/essay/artI-S8-C5-1/ALDE_00001066/ )

It is a violation of federal law for individuals or organizations to create private coin or currency systems to compete with the official coinage and currency of the United States. The United States Congress has the exclusive power to coin money, and the enforcement of the government's monopoly on money is an essential element for a healthy national economy. Because the Supreme Court had recognized Congress's coinage power to be exclusive, FinCEN may not act to authorize use of any alternative currency systems that are "created either (a) specifically for the purpose of being used as a currency substitute or (b) originally for another purpose but then repurposed to be used as a currency substitute by an administrator (in centralized payment systems) or an unincorporated organization, such as a software agency (in decentralized payment systems)." aside from the systems and technologies that utilize official currency formally authorized by the United States Congress.

Individuals, or organizations may not be permitted to hamper, obstruct, forestall, or

hamstring the Congress in the exercise of its power to declare what shall be money. The powers of the Congress cannot be obstructed or nullified by anyone, not even Congress itself, because these powers are codified into the United States Constitution. When the Supreme Court had reasoned that the United States Congress has the exclusive power to coin money, it further instructed that the United States Congress into an obligation to enforce its exclusive power to coin money. The United States Congress cannot allow anyone else in the United States to transmit or issue any alternative currencies that function as an alternative medium of exchange, digital or otherwise, even if it wanted to. The United States Congress is obligated to follow the law, just as much as any individual or organization: the law requires Congress to maintain a singular monetary system in the United States.

Even if the monetary system is not singular *per se*, any substitutes for USD as the default national currency must originate in Congress. By clarifying the AML framework under which "other value that substitutes for currency" is to be transmitted, FinCEN allowed for anything, including stablecoins backed by foreign fiat currency (Russian ruble, Japanese yen, European Union euro, etc.) to be transmitted as money instead of national currency. More importantly, "digital currencies" such as $BITCOIN are issued in digital form out of thin air. These tokens stored on a public blockchain only hold value as long as the network's common ledger is maintained by a handful of mining cartels.

Instead of issuing AML guidance with regard to digital "substitutes for currency", FinCEN should be reporting any such conduct to the Federal Bureau of Investigation (US-FBI) and the Department of Justice (US-DOJ) to be prosecuted as issuing, passing, selling, and possessing digital currency intended for use as current money. All such conduct constitutes a conspiracy against the United States.

“Whatever power there is over the currency is vested in Congress. If the power to declare what is money is not in Congress, it is annihilated.” Knox v. Lee; Parker v. Davis, 79 U.S. (12 Wall.) 457, 20 L.Ed. 287

The Complaint before this Court asserts that $BITCOIN is a legitimate asset (same as oil, gold, or stocks). However, in the real world, $BITCOIN is counterfeit money denominated and sold in digital format by law-breaking money transmitter MSBs that assign tokens with a “fluctuating” denomination for currency (e.g., https://www.coinbase.com/price/bitcoin ).

On September 30, 2024, I filed the Administrative Procedure Act (APA) Section 553(e) Petition with FinCEN asking to repeal Advisory FIN-2019-G001 for this reason (Source: https://litesand.wordpress.com/wp-content/uploads/2026/04/fincen-petition-rulemaking-repeal-fin-2019-g001.pdf ), but because over 50 million Americans now “own” Cryptocurrencies, my Petition falls on deaf ears of our government.

***The legality of the underlying asset class for any lawfully-sold commodities contracts is unassailable.*** For instance, SEC v. W.J. Howey Co. 328 U.S. 293 (1946) provides a framework for assessing whether a transaction constitutes an investment contract. As this this Court is well-aware, the test requires four elements to be satisfied: (1) an investment of money by the investor; (2) made in a common enterprise where the fortunes of the investor are tied to others; (3) with a reasonable expectation of profits; (4) derived primarily from the efforts of others, such as the promoter or a third party.

An “investment contract” used to create a contract “for the future delivery of a single security or a narrow-based security index” (See 7 U.S.C. § 1a(44)) over which the US-CFTC has jurisdiction must be ***integrally lawful*** under the federal registration and reporting regulations (all “investment contracts” offered or sold in the U.S. must be registered with the US-SEC on Form

S-1 unless they qualify for a specific exemption, such as private placements under Section 4(a)(2) or Regulation D / Rule 506). Similarly, currencies used to create currency futures "for the future delivery" MUST be ***lawful*** currencies (e.g., https://www.ice.com/products/194/us-dollar-index-futures ). If the underlying commodity is fundamentally illegal or grossly non-complaint, any "future delivery" contract for such an illegal thing is, consequently, illegal as well.

We, the People, can lawfully agree to create deliveries of lawful things for real economic reasons. However, whenever Persons and/or Corporations issue, at their free will, $BITCOIN (or $TRUMP, or $MELANIA) "denominated in value that ***substitutes for currency***," by the mere definition, said denomination is an unauthorized substitute for $USD everywhere in the United States. Moreover, $BITCOIN mining is also a direct threat to the Hydrogen economy, because our society could instead utilize low-peak power (150 terawatt-hours TWh of electricity annually, or the annual energy consumption of mid-sized countries like Argentina, Norway, or Finland that five mining cartels currently use to maintain a common ledger) to produce Hydrogen for transportation systems (e.g., https://glideway.com/ ).

$BITCOIN is an unauthorized substitute for currency sold in the United States' jurisdiction in which Congress holds exclusive power to coin all money, denominated by private money transmitter MSBs under a flawed FinCEN Advisory (as this Court is well-ware, an Advisory is not the letter of the law). This flawed Advisory is a legal equivalent of issuing guidance to drug cartels on how to sell illegal drugs in compliance with AML laws, issued out of desperation only because there are no meaningful ways to otherwise contain their illegal sales.

US-CFTC under the current Administration consistently and deliberately asserts jurisdiction over illegal gambling and illegal counterfeit digital currencies because it thinks that anything that falls outside of the legal frameworks elsewhere can be legitimized through

misclassifying it as commodities. In the real world, commodity contracts are well-defined to cover the delivery of ***lawful things*** that generally substitute in tangible value with one another, are aggregated into common deliverables, and have defined future delivery dates.

This Court, governed by logic and law, is the last line of defense against the perpetual attack by our own legitimately-elected government against the greater interests and laws of the United States. Congress holds exclusive power to coin money and it did not expressly authorize $BITCOIN as a substitute for currency, therefore, $BITCOIN is an unauthorized substitute for currency in the United States and, therefore, $BITCOIN cannot be lawfully sold as part of any currency futures under US-CFTC jurisdiction. Whenever our elected government makes mistakes, or deliberately violates the law, our Courts continue to hold the line under the Article III power required to uphold the Constitution.

Thank you for your time,

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 3, 2026

*/s/ Dmitry Shkipin*

Dmitry Shkipin, pro se